**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACQUELINE GALEANO,<br><br>  Plaintiff,<br><br>  v.<br><br>E*TRADE FINANCIAL CORPORATION, RODGER A. LAWSON, KEVIN T. KABAT, RICHARD J. CARBONE, ROBERT CHERSI, JAIME W. ELLERTSON, JAMES P. HEALY, JAMES LAM, SHELLEY B. LEIBOWITZ, MICHAEL A. PIZZI, REBECCA SAEGER, DONNA L. WEAVER, and JOSHUA WEINREICH,<br><br>  Defendants. | Case No: 2:20-cv-05123-KM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jacqueline Galeano hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: July 27, 2020                                      Respectfully submitted,

                                                          **HALPER SADEH LLP**

                                                          /s/Zachary Halper
                                                          Zachary Halper, Esq.
                                                          36 Kingston Run

1

>North Brunswick, NJ 08902
>Telephone: (212) 763-0060
>Facsimile: (646) 776-2600
>Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                            /s/Zachary Halper
                                            Zachary Halper